# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ANTHONY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DANIEL A. PARAMO,<br><br>　　　　Respondent. | Case No. CV 18-1568 GW (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 26, 2018

　　　　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE